FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0702

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0702

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

BENJAMIN LEE ROSE,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 14, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 8 2020